BEFORE THE THIRD DIVISION, OCTOBER 23, 1940

**No. 44602.**—Protests 976411–G, etc., of Conestoga Cream & Cheese Mfg. Corp. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the

authority of *Stokby* v. *United States* (4 Cust. Ct. 343, C. D. 358) it was held that 10-percent allowance should have been made for the weight of the gelatinous material in question.